THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOLL & BRANCH LLC, | |
| Plaintiff, | C.A. No. 22-01082-CJB |
| -v- | |
| BESPOKE FURNITURE, INC., | |
| Defendant. | |

**PLAINTIFF'S UNOPPOSED MOTION TO AMEND AND SUPPLEMENT COMPLAINT PURSUANT TO FED. R. CIV. P. 15(A) AND 15(D)**

Plaintiff, Boll & Branch LLC ("Plaintiff"), respectfully moves the Court for leave to amend and supplement its Complaint pursuant to Rules 15(a) and 15(d) of the Federal Rules of Civil Procedure. The supplemental complaint sets out and arises from "transaction[s], occurrence[s], or event[s] that happened after the date of the pleading to be supplemented." *See* Fed. R. Civ. P. 15(d). Defendant does not oppose this motion.

In accordance with Local Rule 15.1, a copy of the proposed pleading as amended is attached as **Exhibit A**, and a form of the amended pleading indicating in what respect it differs from the Complaint is attached as **Exhibit B**.

Defendant's Motion to Dismiss the Complaint is not affected by Plaintiff's proposed supplementation and will remain pending.

A proposed order granting this Motion as attached as **Exhibit C**.

**MORRIS JAMES LLP**

/s/ John H. Newcomer, Jr.
_____
John H. Newcomer, Jr. (I.D. #2323)
Cortland S. Hitch (I.D. #6720)
500 Delaware Ave., Suite 1500
Wilmington, Delaware 19801
Tel: (302) 888-6800
Fax: (302) 571-1750
jnewcomer@morrisjames.com
chitch@morrisjames.com

OF COUNSEL:

**KEATING MUETHING & KLEKAMP PLL**
Steven C. Coffaro
Carson E. Miller
One East Fourth Street
Suite 1400
Cincinnati, Ohio 45202
Tel: (513) 579-6400
Fax: (513) 579-6457
steve.coffaro@kmklaw.com
carson.miller@kmklaw.com
*Attorneys for Plaintiff Boll & Branch LLC*