THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **BOLL & BRANCH LLC,**<br><br>      **Plaintiff,**<br><br>      -v-<br><br>**BESPOKE FURNITURE, INC.,**<br><br>      **Defendant.** | C.A. No. 22-01082-CJB |

## ORDER GRANTING PLAINTIFF'S MOTION TO AMEND AND SUPPLEMENT

Upon the Unopposed Motion to Amend and Supplement of Plaintiff Boll & Branch LLC, pursuant to Rules 15(a) and 15(d) of the Federal Rules of Civil Procedure, the Court having reviewed the Motion and the exhibits thereto, the Court finds that the Motion should be granted.

IT IS HEREBY ORDERED THAT:

1. Plaintiff's Motion for Leave to Amend and Supplement is granted; and

2. Plaintiff's First Amended/Supplemented Complaint shall be filed and will then be deemed to be the operative pleading in this case.

Dated: May 11, 2023

                                                                                           */s/ Christopher J. Burke*
                                                            UNITED STATES MAGISTRATE JUDGE